Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MANUEL LITUMA,<br><br>                                              Plaintiff,<br>         -against-<br><br>EMPIRE STATE PROPERTIES, INC., and LEFRAK ORGANIZATION, INC.,<br><br>                                              Defendants. | Case No.:<br>07-CV-01649 (AKH)<br><br><br><br>**NOTICE OF APPEARANCE** |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

      The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 10, 2007

                Yours etc.,

                **HARRIS BEACH PLLC**

                _(signature)_

                Brian A. Bender, Esq. (BAB-0218)
                HARRIS BEACH PLLC
                _Attorney for Defendants_
                **_LEFRAK ORGANIZATION, INC._**
                100 Wall Street, 23rd Floor
                New York, New York 10005
                (212) 687-0100

245977.1

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MANUEL LITUMA,<br><br>                                        Plaintiff,<br>        -against-<br><br>EMPIRE STATE PROPERTIES, INC., and LEFRAK ORGANIZATION, INC.,<br><br>                                        Defendants. | Case No.:<br>07-CV-01649 (AKH) |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100