Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MANUEL LITUMA,<br><br>                Plaintiff,<br>-against-<br><br>EMPIRE STATE PROPERTIES, INC., and LEFRAK ORGANIZATION, INC.,<br><br>                Defendants. | Case No.:<br>07-CV-01649 (AKH)<br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

WHEREFORE, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 10, 2007

                                     Yours etc.,

                                     **HARRIS BEACH PLLC**

                                     *[signature]*
                                     Brian A. Bender, Esq. (BAB-0218)
                                     HARRIS BEACH PLLC
                                     *Attorney for Defendant*
                                     ***LEFRAK ORGANIZATION, INC.***
                                     100 Wall Street, 23rd Floor
                                     New York, New York 10005
                                     (212) 687-0100

245322.1

IN RE: WORLD TRADE CENTER LOWER  
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

MANUEL LITUMA,

                              Plaintiff,

-against-

EMPIRE STATE PROPERTIES, INC., and LEFRAK  
ORGANIZATION, INC.,

                              Defendants.

Case No.:  
07-CV-01649 (AKH)

## NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.

**HARRIS BEACH, PLLC**  
*Attorneys for Defendant*  
***LEFRAK ORGANIZATION, INC.***  
100 Wall Street, 23rd Floor  
New York, New York 10005  
(212) 687-0100