Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL LITUMA,

         Plaintiff,

 -against-

EMPIRE STATE PROPERTIES, INC., and LEFRAK
ORGANIZATION, INC.,

         Defendants.

Case No.:
07-CV-01649 (AKH)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.  Notice of Appearance; and

2.  Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: September 10, 2007

             _____
             Brian A. Bender

245978.1