UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
MANUEL LITUMA, : 07-CV-01649-AKH

                Plaintiff,

                                                                                             **APPEARANCE**

   - against -

                                                                              **ELECTRONICALLY FILED**

ALAN KASMAN D/B/A KASCO, *et al.*,

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York               DICKSTEIN SHAPIRO LLP
        January 18, 2008

                                       By:     /s/ Judith R. Cohen
                                                _____
                                                Judith R. Cohen (JC-8614)
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                Phone: (212) 277-6500
                                                Fax: (212) 277-6501

                                                *Attorney for Defendant*
                                                MERRILL LYNCH & CO., INC.